Baker et al., Appellants, *v.* Kirschnek et al.

Argued November 27, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

228

230

232

234

*A. B. Geary,* of *Geary & Rankin,* with him *Hugh Bonner* and *Matthew Rankin,* for appellants.

*George W. Keitel,* Assistant Deputy Attorney General, with him *Wm. A. Schnader,* Attorney General, for appellees.

PER CURIAM, January 7, 1935:
The decree of the court below is affirmed on the comprehensive and convincing opinion of President Judge FRONEFIELD; costs to be paid by appellant.